# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY, ) ) ) ) | |
| Petitioner, ) ) | Civil Action File No.: 1:20-CV-01665-JPB |
| v. ) ) | |
| MOBILE MAINTENANCE ON THE GO, LLP, HELENE JULIEN, BRANDON DONALD, and JESSE ESPINOZA ) ) ) ) ) ) | |
| Respondents. ) _____) | |

## ANSWER OF RESPONDENTS' HELENE JULIEN AND JESSE ESPINOZA

COME NOW, Respondents Helene Julien and Jesse Espinoza and makes this Answer to Petitioner's Petition for declaratory judgment, as Amended on June 1, 2020, as follows:

1.

Respondents are presently without knowledge of information sufficient to respond of allegations contained in paragraph 1, and therefore paragraph 1 is denied.

2.

Respondents are presently without knowledge of information sufficient to respond of allegations contained in paragraph 2, and therefore paragraph 2 is denied.

3.

Admitted.   Julien has acknowledged service in this case, through counsel W. Winston Briggs, Esq.

4.

Respondents are presently without knowledge of information sufficient to respond of allegations contained in paragraph 4, and therefore paragraph 4 is denied.

5.

Admitted.   Espinoza has acknowledged service in this case, through counsel W. Winston Briggs, Esq.

6.

Respondents are presently without knowledge of information sufficient to respond of allegations contained in paragraph 6, and therefore paragraph 6 is denied.

7.

Admitted.

8.

Admitted.

9.

Admitted.

10.

Paragraph 10 requires no response by these Respondents.

11.

Admitted.

12.

On information and belief, admitted.

13.

Admitted.

14.

Admitted.

15.

Admitted.

16.

These Respondents admit Julien sustained severe injuries as reflected in her medical records.

17.

These Respondents admit the policy in question was issued as stated.

18.

Admitted.

19.

Denied

20.

These Respondents admit that the quoted language appears in the policy in question.

21.

Respondents hereby incorporate paragraphs 1-20 of their answer as if fully set forth herein.

22.

These Respondents admit the quoted language is in the policy in question.

23.

Denied.

24.

These Respondents admit Julien was a pedestrian when she was hit by Donald.

25.

Denied.

26.

Paragraph 26 requires no response by these Respondents.

27.

Respondents hereby incorporate paragraphs 1-26 of their answer as if fully set forth herein.

28.

The policy in question speaks for itself as to what it provides.  To the extent a response is required paragraph 28 is denied.

29.

Denied.

30.

Admitted.

31.

Denied.

32.

Paragraph 32 requires no response by these Respondents.

WHEREFORE these Respondents request that this Court declare that the policy in question provides coverage to Julien for the Subject Accident.  Any allegations not specifically admitted are denied.

Respectfully submitted this 29th day of July 2020.

**W. WINSTON BRIGGS LAW FIRM**

*/s/ W. Winston Briggs*
W. Winston Briggs
State Bar of Georgia No.: 081653
*Attorney for Respondents Helene Julien and Jessie Espinoza*

1005C Howell Mill Road
Atlanta, Georgia 30318
Telephone:  (404) 522-1500
Facsimile:  (404) 574-2967
Email:  wbriggs@winstonbriggslaw.com

## **CERTIFICATION OF FONT TYPE AND SIZE**

The undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-Point Font, as approved in LR 5.1C.

Respectfully submitted this 29th day of July 2020.

                                **W. WINSTON BRIGGS LAW FIRM**

                                */s/ W. Winston Briggs*
                                W. Winston Briggs
                                State Bar of Georgia No.: 081653
                                *Attorney for Respondents Helene Julien and Jessie Espinoza*

1005C Howell Mill Road
Atlanta, Georgia 30318
Telephone:  (404) 522-1500
Facsimile:   (404) 574-2967
Email:        wbriggs@winstonbriggslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing *Answer of Respondents' Helene Julien and Jesse Espinoza* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

>Ms. Erica Parsons, Esq.
>3535 Piedmont Road
>Building 14, Suite 205
>Atlanta, Georgia 30305

Respectfully submitted this 29th day of July 2020.

**W. WINSTON BRIGGS LAW FIRM**

*/s/ W. Winston Briggs*
W. Winston Briggs
State Bar of Georgia No.: 081653
*Attorney for Respondents Julien and Espinoza*

1005C Howell Mill Road
Atlanta, Georgia 30318
Telephone: (404) 522-1500
Facsimile: (404) 574-2967
Email: wbriggs@winstonbriggslaw.com